**LIBERTY MUTUAL INSURANCE COMPANY, as Subrogee of George Lawrence, Petitioner**

v.

**DOMTAR PAPER CO., Respondent**

v.

**Commercial Net Lease Realty Services, Inc., and Commercial Net Lease Realty Trust, and Commercial Net Lease Realty, Inc., and National Retail Properties, Inc., and National Retail Properties Trust, Respondents.**

Supreme Court of Pennsylvania.

May 29, 2014.

*ORDER*

PER CURIAM.

**AND NOW,** this 29th day of May, 2014, the Petition for Allowance of Appeal is

**GRANTED.** The issue as stated by petitioner is:

(1) Does Section 319 of the Pennsylvania Workers' Compensation Act, 77 P.S. § 671, allow the employer/insurer to step into the shoes of the insured employee to subrogate against the tortfeasor?